

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00596-CV

**BROWN SIMS, P.C.** and Nelson D. Skyler,
Appellants

v.

**L.W. MATTESON, INC.**, AGCS Marine Insurance Company, and New York Marine and
General Insurance Company,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-18-55
Honorable Jose Luis Garza, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the portion of the trial court's order denying appellants' request for attorneys' fees and sanctions with respect to claims nonsuited by appellees is REVERSED, and the trial court is ORDERED to award appellants the reasonable attorneys' fees and sanctions related to the nonsuited claims as authorized by section 27.009(a). In all other respects, the trial court's order is AFFIRMED. Costs of appeal are taxed against the party incurring same.

SIGNED September 30, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice